**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Everton Levi Mota Santos, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 26-CV-11240-AK |
| v. ) | |
| ) | |
| David Wesling, et al, ) | |
| ) | |
| Respondent (s) ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 12] entered on 4/3/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 4/13/2026                                                                By the Court,

                                                                /s/ Courtney Horvath
                                                                Deputy Clerk